# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 08-60303

IN RE: TRUMEL KEITH COX

Movant

Motion for an order authorizing
the United States District Court for the Southern
District of Mississippi to consider
a successive 28 U.S.C. § 2254 application



U.S. COURT OF APPEALS
FILED
JUL 0 8 2008
CHARLES R. FULBRUGE III
CLERK

5:08cv160

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 1 8 2008
J T NOBLIN, CLERK
BY_____ DEPUTY

Before PRADO, ELROD, and HAYNES, Circuit Judges.

PER CURIAM:

    Trumel Keith Cox, Mississippi prisoner # R3379, moves this court for authorization to file a successive 28 U.S.C. § 2254 application. Cox challenges the execution of his sentence for kidnapping and rape. Cox argues that his good time credits should have been calculated under a law that applies only to prisoners who were sentenced on or before June 30, 2005, and that his credits have been improperly calculated.

    Cox has not shown that his proposed claims involve either newly discovered facts or a new rule of constitutional law made retroactive to cases on collateral review by the United States Supreme Court. *See* 28 U.S.C. § 2244(b)(2), (b)(3)(C). Cox's claim is based on facts which could have been known to him at the time he filed his first § 2254 application. *See, e.g., Milam v. State*, 578 So. 2d 272, 273 (Miss. 1991). Accordingly, IT IS ORDERED that Cox's motion for authorization to file a successive § 2254 application is DENIED.

A true copy
Attest: JUL 1 4 2008
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 8, 2008

Mr J T Noblin, Clerk
Southern District of Mississippi, Vicksburg
United States District Court
Suite 316
245 E Capitol Street
Jackson, MS 39201

        No. 08-60303 In Re: Cox
           USDC No. 5:08-CV-160

Enclosed is a certified copy of the judgment issued as the mandate.

                      Sincerely,

                      CHARLES R. FULBRUGE III, Clerk

            By: _____
                  Dantrell Johnson, Deputy Clerk
                  504-310-7689

cc: w/encl:
    Mr Trumel Keith Cox

MDT-1